# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS ANTHONY MARTIN, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and BRIAN KOEHN, Warden, <br><br> Respondent. | Case No. ED CV 10-1638 AHM (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: May 20, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**